# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

# DEFAULT JUDGMENT IN A CIVIL CASE

**BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK PENSION FUND,** by its Administrator, Stephen J. O'Sick, **BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK HEALTH BENEFIT FUND,** by its Administrator, Stephen J. O'Sick, **BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 2 ANNUITY FUND,** by its Administrator, Stephen J. O'Sick**, BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK EDUCATION & TRAINING FUND,** by its Trustees, Robert Mantello, Pasquale Tirino, Luke Renna, Michael Suprenant, J.D. Gilbert, Thomas Marinello, Todd Helfrich and Laura Regan*,* **BRICKLAYERS AND TROWELTRADES INTERNATIONAL PENSION FUND,** by David Stupar, Executive Director, **BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK, AFL-CIO,** by Robert Mantello, President

       Plaintiffs
vs.                                  **CASE NUMBER: 1:13-CV-201 (DNH/RFT)**

**MOULTON MASONRY & CONSTRUCTION, LLC and DUANE E. MOULTON,** individually and as an Officer of Moulton Masonry & Construction, LLC

       Defendants

**Decision by Court.**  This action came to a hearing before the Court.  The issues have been heard and a decision has been rendered.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

IT IS ORDERED AND ADJUDGED

That plaintiffs' motion for default judgment is GRANTED in its entirety. Defendants' cross-motion to vacate the entry of default is DENIED in its entirety. Default judgment is entered in favor of plaintiffs and against defendants in a total amount of $622,135.21. This includes $451,300.52 in fringe benefit contributions and deductions for the period of 7/1/2009 through 3/31/2013; $104,628.81 in interest through 10/21/2013; $99,203.93 in liquidated damages; and $7,001.95 in attorneys' fees and costs.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 2nd day of January, 2014.

DATED: January 3, 2014

*[signature]*
Clerk of Court

s/ Nicole Killius
Deputy Clerk